## No. 11,136.

### CITY OF NEW ORLEANS VS. ARTHUR LEIBE.

A building contractor is not exempted from license under Article 206 of the Constitution, because, in connection with his business as contractor, he does some mechanical labor. Affirming City vs. Pohlman and City vs. McNally, 45 An.

APPEAL from the First City Court of New Orleans.
Childress, J.

Geo. W. Flynn, Assistant City Attorney, and E. A. O'Sullivan, City Attorney, for Plaintiff and Appellee.

H. H. Bryan for Defendant and Appellant.

The opinion of the court was delivered by
FENNER, J.   The claim is for license as a building contractor. The defence is that the party is a carpenter, exempt under Article 206 of the Constitution.

On the facts the case can not be distinguished from those of City vs. Pohlman and City vs. McNally, recently decided, and the same law must be applied, rejecting the exemption claimed.

Judgment affirmed.